IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| IN RE:<br><br>TOWN OF MAMMOTH LAKES,<br><br>　　　　DEBTOR. | CASE NO. 2012-32463<br><br>DC NO. FJ-6<br><br>CHAPTER 9 |

### NOTICE OF DISMISSAL OF CHAPTER 9 CASE

**TO ALL CREDITORS OF
THE TOWN AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

　　　　On July 3, 2012, the Town of Mammoth Lakes, California (the "Town") commenced a case under chapter 9 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of California, Sacramento Division (the "Court"). All documents filed with the Court are available for inspection via the Court's PACER System, which may be accessed on a subscription basis at the following internet address: www.pacer.gov. Additionally, PACER may be accessed via www.caeb.uscourts.gov or the Town's website, http://www.ci.mammoth-lakes.ca.us/.

　　　　On November 16, 2012, the Court's order dismissing the Town's chapter 9 case was entered on the Court's docket.

Dated: November 16, 2012　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/　　Michael L. Tuchin
**FULBRIGHT & JAWORSKI L.L.P.**　　　　**KLEE, TUCHIN, BOGDANOFF & STERN LLP**
Zack A. Clement (admitted *pro hac vice*)　　Kenneth N. Klee (SBN 63372)
William R. Greendyke (admitted *pro hac vice*)　Michael L. Tuchin (SBN 150375)
1301 McKinney, Suite 5100　　　　　　　　1999 Avenue of the Stars, 39th Floor
Houston, TX 77010-3095　　　　　　　　　Los Angeles, CA 90067-6049
Telephone: (713) 651-5151　　　　　　　　Telephone: (310) 407-4000
Facsimile: (713) 651-5246　　　　　　　　Facsimile: (310) 407-9090

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Debtor
　　　　　　　　　　　　　　　　　　　　　　Town of Mammoth Lakes, California

142133.1